**FILED**

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0002

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0002

APR 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF ARIEL Z. HOCHSTADT FOR PERMISSION TO BE SWORN-IN TO THE STATE BAR OF MONTANA BY AN AUTORIZED JUDGE IN ANOTHER JURISDICTION

O R D E R

Ariel Z. Hochstadt filed a petition seeking leave to be sworn in before a judge in Wyoming. In response, the Clerk of the Court issued an order on April 4, 2023, granting permission to do so. However, prior to being sworn in, an applicant must establish eligibility for and approval of admission by order of the Court, upon one of four methods: upon examination, upon transfer of Uniform Bar Examination (UBE) score, upon admission on motion, or by pro hac vice appearance. *Rule I(B), Rules for Admission to the Bar of Montana.* Hochstadt has not yet completed this step. While the petition mentions that Hochstadt passed the July 2022 UBE, it does not provide information from the State Bar certifying that Hochstadt has satisfied all the requirements for admission upon UBE score transfer. Thus, the request for leave to be sworn in is premature, and is withdrawn. Hochstadt may file another petition seeking admission and providing the necessary documentation. Therefore,

IT IS ORDERED that petition of Ariel Z. Hochstadt is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Order issued by the Clerk of Court on April 4, 2023, regarding Hochstadt's swearing-in is WITHDRAWN.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 11 day of April , 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____

Justices